UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| TONY PATRINICOLA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 3:13-CV-05667-RJB-KLS<br><br><br>ORDER |

　　　Upon consideration of the motion of Defendant for an order striking CM/ECF Docket Entries 17 and 18,

　　　IT IS ORDERED that said motion is granted.

　　　DATED this 14th day of January, 2014.

　　　　　　　　　　　　　　　　　　*/s/ Karen L. Strombom*
　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2143
Fax: (206) 615-2531
terrye.shea@ssa.gov